UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ADAM JOHN ROBERT FARRAR, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:18-CV-1027-ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on movant's motion for reconsideration of the dismissal of his "Verified Motion to Dismiss Indictment; Acquit Defendant and Vacate Conviction," which the Court construed as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, and dismissed as time barred. *See* ECF Nos. 2 and 5. After reviewing the grounds raised by movant, the Court will decline to alter or amend the judgment of this Court. The Court concludes that movant's motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Instead, the motion merely revisits old arguments. Movant is therefore not entitled to reconsideration of the dismissal of his § 2255 motion, and his motion for reconsideration will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for reconsideration is **DENIED**. [ECF No. 6]

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

Dated this 5th day of October, 2018.

                                                 */s/ E. Richard Webber*

                                                 E. RICHARD WEBBER
                                                 UNITED STATES DISTRICT JUDGE