UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADAM JOHN ROBERT FARRAR, | )<br>) |
| Movant, | )<br>) |
| v. | ) No. 4:18-CV-1027-ERW<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. The motion is granted, and plaintiff must pay an initial partial filing fee of 5.80, which is twenty percent of his average monthly deposit. *See* 28 U.S.C. § 1915(b).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 9] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff must pay an initial filing fee of $5.80 within thirty (30) days of the date of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.

Dated this 26th day of November, 2018.

*E. Richard Webber*

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE